Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
THALASSA MARITIME INC.
1350 Broadway, Suite 1507
New York, New York 10018

08 CV 4078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THALASSA MARITIME INC.,

                Plaintiff,

- against -

ARK SHIPPING COMPANY LIMITED,

and

ARK RESOURCES CO. LTD.,

                Defendants.
-------------------------------------------------------X

**ECF CASE**

08 Civ.

**RULE 7.1**
**DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, George N. Proios, a member of the Bar of this Court and the Law Offices of George N. Proios, PLLC, attorneys for Plaintiff, THALASSA MARITIME INC., certifies upon information and belief that said Plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

      Dated: May 1, 2008

                                    Law Offices of George N. Proios, PLLC
                                    Attorneys for Plaintiff
                                    THALASSA MARITIME INC.

                                    By: _____
                                       George N. Proios  (GP-9331)
                                       1350 Broadway, Suite 1507
                                       New York, New York 10018
                                       (212) 279-8880