Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
THALASSA MARITIME INC.
1350 Broadway, Suite 1507
New York, New York 10018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THALASSA MARITIME INC.,

               Plaintiff,

   - against -

ARK SHIPPING COMPANY LIMITED,

       and

ARK RESOURCES CO. LTD.,

               Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-01-08
```

**ECF CASE**

08 Civ. 4078 (WCC)

## ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of Plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services is a qualified person over 18 years of age, is not a party to or an attorney in this action, and that the expediting of the service of process will result from such appointment,

**IT IS ORDERED**, that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate be and is hereby appointed to serve the Verified Complaint, Summons,

- 2 -

Process of Maritime Attachment and Garnishment, and other process in this action close of the

garnishee's business the next business day.

Dated: New York, New York
     May __1__, 2008

                                     SO ORDERED:

                                     _____
                                     U.S.D.J.