THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York (or designated process server)

GREETINGS:

WHEREAS, a Verified Complaint has been filed in the United States District Court for the Southern District of New York, 08 Civ. 4078, on the 1st day of May, 2008 by

THALASSA MARITIME INC.,

Plaintiff,
-against-

ARK SHIPPING COMPANY LIMITED,

and

ARK RESOURCES CO. LTD.,

Defendants.

In a certain action for breach of maritime contract wherein it is alleged that there is due and owing from the Defendants to the said Plaintiff the amount of $ 270,235.18 and praying for the process of maritime attachment and garnishment against the Defendants:

ARK SHIPPING COMPANY LIMITED,

and

ARK RESOURCES CO. LTD.,

WHEREAS, this process is issued pursuant to such prayer and requires that garnishees shall serve their answers, together with answers to any interrogatories served with the Verified Complaint, within 20 days after service of process upon it and requires that the Defendants shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrests/attachments of property within the possession of the garnishees.

NOW, THEREFORE, we do hereby command you that if said Defendants cannot be found within the District, pursuant to Supplemental Rule B for Admiralty or Maritime Claims and Asset Forfeiture Actions, you garnish and attach all tangible and intangible property of Defendants in this District up to the amount sued for $ 270,235.18; and if such tangible or intangible property cannot be found that you attach all assets, cash, funds, escrow funds, credits, debts, wire transfers, electronic fund transfers, accounts, letters of credit, freights, sub-freights,

charter hire, sub-charter hire, or any other assets of, belonging to, due or being transferred to, from, or for the benefit of the said Defendants:

ARK SHIPPING COMPANY LIMITED,

and

ARK RESOURCES CO. LTD.,

as described in the caption and in the Verified Complaint, up to and including the sum of $ 270,235.18; at, moving through, or within the possession, custody or control of:

Garnishees identified in Attachment A, together with any such assets as may be held by any other garnishee(s) upon whom a copy of this Process of Maritime Attachment and Garnishment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable ~~W.C. Conner~~ R.P. PATTERSON, Judge of said Court, this 01 day of May, 2008.

By: J. MICHAEL McMAHON
 Clerk

By: _____
 Deputy Clerk


Attorneys for Plaintiff:

Law Offices of George N. Proios, PLLC
1350 Broadway, Suite 1507
New York, New York 10018
(212) 279-8880


NOTE: This process is issued pursuant to Rule B (1) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

2

## ATTACHMENT "A"

Citibank
399 Park Avenue
New York, NY 10022

Bank of America
c/o Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10002

Bank of New York
1 Wall Street
New York, NY 10286

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY

HSBC (USA)
120 Broadway
New York, NY

Wachovia Bank
360 Madison Avenue
New York, NY 10017

Barclay's Bank
200 Park Avenue
New York, NY 10166

Standard Chartered Bank
1 Madison Avenue
New York, NY 10010

Deutsche Bank
60 Wall Street
New York, NY 10006

Fortis Bank
520 Madison Avenue
New York, NY 10022

UBS
299 Park Avenue
New York, NY 10171

Korean Exchange Bank
460 Park Avenue
New York, New York 10022