**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
THALASSA MARITIME, INC.



                                            NOTICE OF REASSIGNMENT

        -V-
                                            7:08 CV 04078

ARK SHIPPING CO. LTD.

------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

                  JUDGE PAULEY   (NYC JUDGE)

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated: 05/13/2008

by: _____
Gaelle Cofcou, Deputy Clerk


CC:   Attorneys of Record

CASE REDESIGNATED TO: JUDGE DOLINGER


i:forms\assign\reass.wpd
**WP REASSIGNMENT FORM**



Revised: September 9, 2004